Sam P. Cannata (Ohio Bar no. 0078621)
9555 Vista Way Ste. 200
Garfield Hts., Ohio 44125
Voice: (216) 587-0900
E-mail: samcannata@snider-cannata.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUTYUN MARSIKYAN and PAYAM SAADAT, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC<br><br>Defendant. | NO. CV08-04876 AHM (JTLx)<br><br>Judge: Hon. A. Howard Matz<br><br>**UNAPPOSED MOTION FOR WITHDRAWAL OF OBJECTIONS TO CLASS ACTION SETTLEMENT OF SAM P. CANNATA** |

Class member Sam P. Cannata ("Objector"), pursuant to Fed R. Civ. P. 23 (e), hereby moves this Honorable Court for leave to withdraw his objections to the request for attorneys' fees and the proposed class action settlement. Objector moves for leave to withdraw his objections since Objector has now had an opportunity to review and consider the application for attorneys fees and motion for final approval, and, based upon this review, hereby withdraws any objections Objector has raised. Neither Class Counsel nor defense counsel has any objections to this Motion.

For the foregoing reasons, the undersigned respectfully requests that the Court grant his motion for leave to withdraw his objections.

-1-

Dated: May 12, 2010

By: *Sam P. Cannata*
Sam P. Cannata (Ohio Bar no. 0078621)
9555 Vista Way Ste. 200
Garfield Hts., Ohio 44125
Voice: (216) 587-0900
samcannata@snider-cannata.com

-2-

# CERTIFICATE OF SERVICE

I certify that on May 12, 2010, I mailed the foregoing motion by ordinary U.S. Mail, postage prepaid to the following addresses:

**Clerk of Court**
United States District Court for the
Central District of California
312 N. Spring Street
Los Angeles, California 90012

Robert L. Starr
The Law Offices of Robert L. Starr
23277 Ventura Boulevard
Woodland Hills, CA 91364-1002

Stephan M. Harris
Knapp, Petersen & Clarke
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203-1922

Terri S. Reiskin, Esq.
Wallace King Domike & Reiskin, PLLC
2900 K Street, NW
Harbourside, Suite 500
Washington D.C. 20007-5127

*Marsikyan v. Mercedes-Benz USA, LLC* Claims Administrator
P.O. Box 6159
Novato, CA 94948-6159

SAM P. CANNATA (Ohio 0078621)
9555 Vista Way, Suite 200
Tel: (216) 214-0796
Fax: (216) 587-0999
Garfield Heights, Ohio 44125
samcannata@snider-cannata.com

-3-

# EXHIBIT A

June 2, 2011

Clerk of the United States District Court
For the Central District of California
312 North Spring Street
Los Angeles, CA 90012

Josh M Kantrow
Wilson Elser Moskowitz Edelman & Dicker
55 West Monroe Street, Ste. 3800
Chicago, IL 60603

Scott A. Kamber
Kamberlaw, LLC
100 Wall Street, 23rd Floor
New York, NY 10005

Michael G. Rhodes
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111

Avi Kreitenberg
Kamberlaw, LLP
1180 South Beverly, Ste. 601
Los Angeles, CA 90035

Michael G. Page
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111

Re: *In re Quantcast Advertising Cookie Litigation*, Case No. 2:10-cv-05484
*In re Clearspring Flash Cookie Litigation*, Case No. 2:10-cv-05948
*Davis, et. Al. v. VideoEgg, Inc.*, Case No. 2:10-cv-07112

Dear Sirs and Madams:

While the Objections to the Class Action Settlement were made in good faith, after further review the Cases, Class member Sam P. Cannata ("Objector") hereby submits his Notice to Withdraw the Objections he set forth in his OBJECTION TO CLASS ACTION SETTLEMENT dated May 12, 2011 (Re: *In re Quantcast Advertising Cookie Litigation*, Case No. 2:10-cv-05484; *In re Clearspring Flash Cookie Litigation*, Case No. 2:10-cv-05948; *Davis, et. Al. v. VideoEgg, Inc.*, Case No. 2:10-cv-07112) to the Class Action Settlement.

Respectfully submitted,

Sam P. Cannata, Pro Se
9555 Vista Way, Ste. 200
Cleveland, Ohio 44125
(216) 214-0796

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| _____) | |
| **In Re:** ) | **MDL NO. 1938** |
| ) | **Master Docket No. 08-285 (DMC)** |
| **VYTORIN/ZETIA** ) | |
| **MARKETING SALES PRACTICES** ) | |
| **AND PRODUCTS LIABILITY** ) | |
| **LITIGATION** ) | |
| _____) | |
| **THIS DOCUMENT RELATES TO** ) | |
| **ALL CASES** ) | |
| _____) | |

## UNOPPOSED MOTION TO WITHDRAW OBJECTION TO CLASS ACTION SETTLEMENT OF SAM A. CANNATA AND DENNIS P. LEVIN

Class members Sam A. Cannata and Dennis Levin ("Objectors") by and through the undersigned counsel, pursuant to Fed R. Civ. P. 23 (e), hereby move this Honorable Court to withdraw their objections to the proposed class action settlement and the request for attorneys' fees for the reasons set forth in the Memorandum attached hereto. Neither Class Counsel nor defense counsel has any objections to this Motion.

> Respectfully submitted
> /s/Stephen Tsai_____
> 991 U.S. Highway 22 West
> Bridgewater, N.J. 07060
> (908) 927-1000
> (908) 927-1002 (fax)
> info@stephentsai.com
>
> Edward F. Siegel (Ohio Bar 0012912)
> 27600 Chagrin Blvd. #340
> Cleveland Ohio 44122
> Voice: (216) 831-3424
> Fax:   (216) 831-6584
> e-mail: efsiegel@efs-law.com

1

Edward W. Cochran
(Ohio Bar no. 0032942)
20030 Marchmont Rd.
Cleveland Ohio 44122
Tel: (216) 751-5546
Fax: (216) 751-6630
edwardcochran@wowway.com

Sam P. Cannata (Ohio Bar no. 0078621)
9555 Vista Way Ste. 200
Garfield Hts., Ohio 44125
Voice: (216) 587-0900
E-mail:scannata@snider-cannata.com

Co-counsel for Objectors

CERTIFICATE OF SERVICE

The foregoing Motion to Withdraw Objections was filed with the Court's electronic system on January 29, 2010 and were by such system served on all other counsel of record.

/s/ Stephen Tsai

# MEMORANDUM

Class members Sam A. Cannata and Dennis P. Levin (the "Cannata Objectors") filed their objections to the attorneys' fees in this matter based on the limited information about such fees contained in the Notice as of the Objection deadline. After review of the Motion for Fees, the voluminous materials provided therewith, and extensive discussions with Class Counsel concerning the substance of the Class' Claims, the challenges of the Litigation, and the myriad of lawyers involved in this extensive MDL proceeding, the parties have agreed as follows:

1. Class Counsel shall reduce its request for reimbursement of expenses by the amount of Fifty-Five Thousand Dollars ($55,000) representing a portion of the amounts claimed for Internet Research and Internal Copying Expenses;

2. In light of the contribution the Cannata Objectors have made to this process – including identifying questions concerning the quantum of reimburseable expenses for internal copying and on-line research – Class Counsel is of the view that a reasonable fee should be paid from Class Counsel's fee to Objectors' Counsel which consists of a group of four law firms.

3. Such payment to Objectors' Counsel shall be made from moneys otherwise payable to Class Counsel and shall not affect any distribution to Class Members;

4. Class Counsel has no objections to the withdrawal of the Objections on the terms set forth herein;

5. Defense Counsel has no objection to the withdrawal of the Objections on the terms set forth herein.

3

For the foregoing reasons, the undersigned respectfully requests that the Court grant its motion to withdraw their objections.

4