# Cannata Phillips LPA

- Home Page
- Staff
- Services
- Contact Us

## Home Page

At Cannata Phillips LPA, our clients come first. Every client is treated with courtesy and is guaranteed effective representation. Our expertise and integrity have earned us a reputation as one of Ohio's premier legal firms.

Our consistent track record of uncompromising ethics instills confidence and trust. We use cutting edge technologies that allow us to respond quickly, and give you the most relevant information and perspectives.

Cannata Phillips LPA is dedicated to achieving the best outcome for every client. With Cannata Phillips LPA on your side, you will come out on top.

| Aggressive and Effective Representation | Cannata Phillips LPA, LLC |
| --- | --- |
| Payment Plans Available | 9555 Vista Way |
| | Suite #200 |
| | Cleveland, OH 44125 |
| | (216) 438-5091 |
| | FAX (216) 587-0999 |
| | email@cannataphillipslaw.com |

Content copyright 2009-2011. Cannata Phillips LPA, LLC. All rights reserved.



Domain Registration

# Cannata Phillips LPA

- Home Page
- Staff
- Services
- Contact Us

## Staff

*Cannata Phillips LPA is committed to providing you with top notch legal support. We approach every client with a focus on integrity, advocacy, and understanding. We fight for you!*

Cannata Phillips LPA 9555 Vista Way
Suite #200
Cleveland, OH 44125
(123) 123-4567
FAX (123) 123-4568
[email@cannataphillipslaw.com](mailto:email@cannataphillipslaw.com)

### Sam P. Cannata

Mr. Cannata has over 16 years of experience in handling various legal matters; especially real estate and real estate related transactions for owner/developers, corporations and individuals. He has served in various capacities for an extensive cross-section of projects including office and medical buildings, condominiums and planned unit developments, apartment buildings, residential subdivisions, mixed use developments, hotels and shopping centers. He has served by negotiating and documenting construction and permanent loans, and has negotiated leases of all types for both landlords and tenants, including ground leases, build-to-suit and complex construction matters.

Mr. Cannata believed that in starting his own practice, he could be more effective in helping people deal with a variety of legal issues. Along with Gerald W. Phillips, he founded Cannata Phillips LPA. Since then, Mr. Cannata has represented numerous high-profile clients in State and Federal Courts. Cannata Phillips LPA has allowed Mr. Cannata to fully realize his passion for helping people at all levels of litigation and protection.

Mr. Cannata is active in a number of professional organizations including the American Bar Association, Ohio State Bar Association, Home Builders Association and the International Council of Shopping Centers.

### Gerald W. Phillips

Mr. Phillips is an experienced trial attorney and certified public accountant. While he comfortable in the courtroom, he represents a broad range of business, municipal and private clients in all phases of the litigation process.

Mr. Phillips represents individuals and companies in contract matters, corporate disputes and land use and zoning issues. In addition, Mr. Phillips is a tax and estate planning specialist. During his 32 years of practice he has expanded his expertise to real property, real estate financing, leasing and general matters of commercial real estate law.

Mr. Phillips is active in a number of professional organizations including the Ohio State Bar Association Bar Association. Mr. Phillips treats every client with respect and integrity.

Content copyright 2009-2011. Cannata Phillips LPA, LLC. All rights reserved.



Domain Registration

# Cannata Phillips LPA

- Home Page
- Staff
- Services
- Contact Us

## Services

Cannata Phillips LPA, LLC
9555 Vista Way
Suite #200
Cleveland, OH 44125
(216) 438-5091
FAX (216) 587-0999
email@cannataphillipslaw.com

Our team of dedicated legal professionals is well-versed in many specialized areas. We will not advocate for you in an area we are not experienced in. Our team brings a diverse background to the table, allowing us to advocate for you in many areas of law. This gives Cannata Phillips LPA an edge when dealing with complex legal matters. Often, more than one area of expertise is required. No need to hire a multitude of attorneys. We can provide you with comprehensive legal support in many areas.

Cannata Phillips LPA offers free initial consultations. Our services include:

- Asset Protection
- Bankruptcy
- Civil Litigation
- Class Action Suits
- Construction
- Contracts
- Copyright Law
- Commercial
- Corporate
- Estate Planning
- Financial Planning
- Incorporation
- Municipal
- Partnerships
- Probate
- Real Estate
- Real Estate Title Closings
- Tax
- Wills and Trusts
- Zoning Law

*Cannata Phillips LPA* Experience you can trust*

Content copyright 2009-2011. Cannata Phillips LPA, LLC. All rights reserved.


Domain Registration

# Cannata Phillips LPA

- Home Page
- Staff
- Services
- Contact Us

## Contact Us



Content copyright 2009-2011. Cannata Phillips LPA, LLC. All rights reserved.



Domain Registration