IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*In re Kentucky Grilled Chicken Coupon Marketing & Sales Practices Litigation*,

MDL 2103

ALL ACTIONS

Case No. 1:09-CV-7670

Hon. James F. Holderman

### DECLARATION OF MARK H. FREEDMAN REGARDING ATTORNEYS' FEES AND EXPENSES

I, Mark H. Freedman, the undersigned, being competent to testify, swear under penalty of perjury as provided by 28 U.S.C. § 1746 that the following facts and statements are true and correct, except as to such matters stated to be made on information and belief, and as to such matters, I certify that I believe the same to true:

1. This declaration is made in support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Attorneys' Fees, and Incentive Awards in this matter.

2. I have been involved in the following case, the claims in which will be resolved in whole through the instant settlement (hereinafter referred to as the "*KFC* Settlement"):

- *Ready v. KFC Corp.*,
  Case no. 2:09-12827 (E.D. Mich).

3. I am familiar with (i) the claims, evidence, and legal arguments involved in this settlement, (ii) the terms of the settlement, and (iii) the relevant defenses, evidence, and legal arguments to date.

4. Throughout my involvement in this matter, I ensured that my firm did its part to litigate efficiently, without undue duplication of effort, and at minimal expense. Not being paid by the hour and being responsible for advancing all expenses, my firm had every incentive to

avoid the unnecessary expenditure of funds and other resources.

5. As reflected in the chart below (segregating time by attorney) as of November 15, 2011, the total number of attorney hours spent on this matter by my firm is **39 hours**. The total lodestar amount for attorney time based on my law office's current rates was **$13,650.00** as of that same date. The lodestar figure is based on the ordinary professional billing rate that my law office charges clients, including those that pay for legal services by the hour. Expenses are accounted for and billed separately and are not duplicated in my professional billing rate.

| Attorney (Position) | Case | Hours | Rate |
|---|---|---|---|
| Mark H. Freedman (Managing Partner) | *Ready v. KFC* | 39.0 | $350.00/Hour |
|  |  |  |  |
| **TOTAL** |  | 39.0 | $13,650.00 |

6. As of November 15, 2011, my firm advanced a total of **$399.07** in unreimbursed actual third-party expenses in connection with the prosecution of these cases.

7. The actual expenses incurred in the prosecution of these cases are reflected on the computerized accounting records of my firm. Those accounting records are prepared by bookkeeping staff based on receipts and check records and accurately reflect all actual expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of November 2011.

_____
Mark H. Freedman

2