# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7670 | **DATE** | 11/30/2011 |
| **CASE TITLE** | In Re: Kentucky Grilled Chicken Coupon Marketing & Sales Practices Litigation | | |

**DOCKET ENTRY TEXT**

Fairness hearing held. For the reasons set forth in the accompanying "Final Approval of Class Certification" and "Final Approval of Class Action Settlement," objector Jill K. Cannata's objections [104] are overruled and "Plaintiffs' Motion & Memorandum in Support of Final Approval of Class Action Settlement, and Approval of Attorneys' Fees and Incentive Award" [108] is granted. The court approves the Settlement Agreement in total, finding it to be fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e). The court further approves Plaintiffs' request for attorneys' fees and expenses in amount of $515,000 and an incentive award in the aggregate amount of $25,000. Counsel for the parties are requested to submit a proposed "Final Judgment Order," consistent with the court's holdings, on or before 12/5/2011 through the proposed order email system for the court's consideration.

Docketing to mail notices.

00:35

| | Courtroom Deputy Initials: | A.M.M. |
|---|---|---|