# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7670 | **DATE** | 12/6/2011 |
| **CASE TITLE** | In Re: Kentucky Grilled Chicken Coupon | | |

**DOCKET ENTRY TEXT**

ENTER FINAL JUDGMENT ORDER: It is ordered that the litigation is hereby dismissed without costs or fees, except as otherwise provided in the Settlement Agreement and the Final Judgment Order. This judgment has been entered without any admission by defendants as to the merits of the allegations in the complaint. There is no just delay of enforcement or appeal of this Order notwithstanding the Court's retention of jurisdiction to oversee implementation and enforcement of the Settlement Agreement, the Court directs the Clerk to enter final judgment pursuant to Rule 54(b).

■ [ For further detail see separate order(s).]  Notices mailed.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|