**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| *In re: Kentucky Grilled Chicken Coupon* | ) | |
| *Marketing & Sales Practices Litigation* | ) | Case No. 09 C 7670 |
| | ) | MDL 2103 |
| | ) | |
| | ) | Chief Judge: James F. Holderman |
| THIS DOCUMENT RELATES TO | ) | |
| ALL CLASS ACTIONS | ) | **NOTICE OF APPEAL** |
| | ) | |

Notice is hereby given that Jill K. Cannata, non-named member of the Class who objected in this case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Approval of Class Certification (Document #112), and the Final Approval of Class Action Settlement (Document #113) entered in this action on November 30, 2011; and the Final Judgment Order (Document #115) entered in this action on December 6, 2011. A copy of the Final Approvals and Order are attached hereto.

Respectfully submitted,

*/s/ Sam P. Cannata*
Sam P. Cannata
CANNATA PHILLIPS LPA, LLC
9555 Vista Way, Ste. 200
Cleveland, Ohio 44125
Tel: (216) 438-5091
Fax: (216) 587-0999
samcannata@cannataphillipslaw.com

Attorney for the Objector/Appellant

**CERTIFICATE OF SERVICE**

I certify that on December 8, 2011, I served the above and foregoing **Notice of Appeal** by causing true and accurate copies of such papers to be filed and transmitted to all attorneys of record in this matter via the Court's CM/ECF electronic filing system.

                                                */s/ Sam P. Cannata*
                                                Sam P. Cannata