# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 1, 2012

| No.: 11-3745 | IN RE: <br> KENTUCKY GRILLED CHICKEN COUPON <br> MARKETING & SALES PRACTICES LITIGATION |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:09-cv-07670 <br> Northern District of Illinois, Eastern Division <br> District Judge James F. Holderman ||

Upon consideration of the motion to dismiss case pursuant to FRAP 42(b), filed on January 31, 2012, by counsel for appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit